**CAROLINA WATERWORKS, INC.,**
Plaintiff–Appellant,

v.

**TAYLOR MADE GROUP, LLC,**
Defendant–Appellee,

and

**Taylor Made Products, Defendant.**

No. 2014–1362.

United States Court of Appeals, Federal Circuit.

Aug. 6, 2014.

James R. Barney, Attorney, Stephen L. Hennessy, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, Bernard S. Klosowski, Jr., Esq., Thrive Ip, Greenville, SC, for Plaintiff–Appellant.

Robert Allen Rowan, Attorney, Michael Edward Crawford, Attorney, Nixon & Vanderhye P.C., Arlington, VA, for Defendant–Appellee.

**ON MOTION**

**ORDER**

Carolina Waterworks, Inc. moves without opposition to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.